# EXHIBIT A

{12058-001 AFF A0485338.DOCX}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors. | : : : : : : : : | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Bakken Water Depot, LLC, a North Dakota limited liability company,<br><br>Defendant. | : : : : : : : : : : : : : : : | Adv. Pro. No. 17-50649 (KJC) |

**AFFIDAVIT OF THOMAS M HORAN, ESQUIRE IN SUPPORT
OF LIQUIDATION TRUSTEE'S REQUEST FOR ENTRY OF DEFAULT**

STATE OF DELAWARE    :
                     :
NEW CASTLE COUNTY    :

I, Thomas M. Horan, of Shaw Fishman Glantz & Towbin LLC, being duly sworn, deposes and says:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 AFF A0485338.DOCX}

1.  I am a Member of the firm of Shaw Fishman Glantz & Towbin LLC, counsel to Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al. (the "Liquidation Trustee"). As counsel to the Liquidation Trustee in the above-captioned adversary proceeding (the "Adversary Proceeding"), I am familiar with the facts and circumstances contained in this Affidavit. I submit this affidavit in support of the Liquidation Trustee's request for entry of default against Defendant Bakken Water Depot, LLC ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to the Adversary Proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure.

2.  On June 19, 2017, this Adversary Proceeding was initiated by the filing of a complaint (the "Complaint"). The Complaint sought damages against Defendant that total $233,581.97.

3.  On June 22, 2017, the Clerk of the United States Bankruptcy Court for the District of Delaware issued the Summons (the "Summons"). The Complaint and Summons were served via first class mail, postage prepaid on June 22, 2017 pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1). A true and correct copy of the Certificate of Service for the Complaint and the Summons is attached hereto as Exhibit 1.

4.     The June 22, 2017 attempts at service were not successful. Therefore, on August 21, 2017, the Clerk of the United States Bankruptcy Court for the District of Delaware issued an Alias Summons (the "Alias Summons"). The Complaint and Alias Summons were served via first class mail, postage prepaid on August 21, 2017 pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1). A true and correct copy of the Certificate of Service for the Complaint and the Alias Summons is attached hereto as Exhibit 2.

5.     Pursuant to the Alias Summons and Federal Rule of Bankruptcy Procedure 7012, Defendant was required to file and serve an answer to the Complaint within thirty (30) days after the issuance of the Summons. Defendant's answer was due on September 20, 2017.

6.     To the best of my knowledge, the Defendant is neither a minor nor an incompetent person within the meaning of Federal Rule of Bankruptcy Procedure 7055 nor is he in the military.

7.     A proposed Entry of Default is attached as Exhibit B to the Request for Entry of Default filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas M. Horan

SWORN TO AND SUBSCRIBED
BEFORE ME this 21st day of
September, 2017.

_____
NOTARY PUBLIC

[Notary Seal: JOHNNA M. DARBY, NOTARIAL OFFICER, STATE OF DELAWARE, 29 DEL. C. § 4323(a)(3)]

{12058-001 AFF A0485338.DOCX}

# EXHIBIT 1

## CERTIFICATE OF SERVICE

I, Thomas M. Horan, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 22, 2017 by:

[X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

| Bakken Water Depot, LLC<br>Attn: Officer, Manager, Managing Agent, General Agent or Agent<br>39th Street NW 87 St. NW New Town, ND 58763 | and | Bakken Water Depot, LLC<br>Attn: Officer, Manager, Managing Agent, General Agent or Agent<br>502 3rd Ave SW<br>Watford City, ND 58854 | and | Bakken Water Depot, LLC<br>Attn: Officer, Manager, Managing Agent, General Agent or Agent<br>9100 Wilshire Blvd, Ste 250W<br>Beverly Hills, CA 90212-3425 |
|---|---|---|---|---|

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                 (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

June 22, 2017          /s/ Thomas M. Horan

> Thomas M. Horan (Bar No. 4641)
> SHAW FISHMAN GLANTZ & TOWBIN LLC
> 300 Delaware Avenue, Suite 1370
> Wilmington, Delaware  19801
> Telephone: (302) 480-9412
> Email: thoran@shawfishman.com

{11796-001 CRT A0474332.DOC}

# EXHIBIT 2

{12058-001 AFF A0485338.DOCX}

## CERTIFICATE OF SERVICE

I, Thomas M. Horan, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this alias summons and a copy of the complaint was made August 21, 2017 by:

[X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Bakken Water Depot, LLC<br>Attn: Officer, Manager<br>20288 Via Medici<br>Porter Ranch, CA 91326 | and    Bakken Water Depot, LLC<br>Attn: Officer, Manager<br>PO Box 2127<br>Watford City, ND 58854 |

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

August 21, 2017                          /s/ Thomas M. Horan

> Thomas M. Horan (Bar No. 4641)
> SHAW FISHMAN GLANTZ & TOWBIN LLC
> 300 Delaware Avenue, Suite 1370
> Wilmington, Delaware 19801
> Telephone: (302) 480-9412
> Email: thoran@shawfishman.com

{12058-001 CRT A0482142.DOC}