# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 15-11323 (KJC) |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | (Jointly Administered) |
| Debtors. |  |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., |  |
| Plaintiff, | Adv. Pro. No. 17-50649 (KJC) |
| v. |  |
| Bakken Water Depot, LLC, a North Dakota limited liability company, |  |
| Defendant. |  |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Defendant's Name:  Bakken Water Depot, LLC

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle
Clerk of the Bankruptcy Court

Dated: _____